In the Matter of the Claim of GORDON SHOECRAFT, Respondent, against HART'S FOOD STORES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to vacate order of March 29, 1960 dismissing appeal granted on condition appellants file note of issue for the September Term and be ready to argue or submit the appeal in that time. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JOSEPH DIAZ, Respondent, against CHILDRENS WORLD THEATRE COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of DELORES PIGOTT, Respondent, against CHILDRENS WORLD THEATRE COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. Motion to dismiss appeal granted, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.